**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**NATHANIEL GREEN,**

      **Petitioner,**

**v.**

**W.A. SHERROD,**

      **Respondent.**                      **Case No. 10-cv-284-DRH**

**ORDER**

**HERNDON, Chief Judge:**

      Before the Court is Petitioner's *pro se* Motion to Withdraw § 2241 Petition (Doc. 10).  Petitioner requests that his petition be withdrawn, without prejudice, upon his admission that further pursuit of habeas relief at this point would be "frivolous."  Based on Petitioner's request, the Court hereby **GRANTS** said Motion (Doc. 10).  As such, this case is hereby **DISMISSED WITHOUT PREJUDICE**, each Party to bear their own fees and costs.

      **IT IS SO ORDERED**.

      Signed this 14th day of October, 2010.

                        /s/   David R Herndon

                        **Chief Judge
United States District Court**